**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEITH WHITAKER, SR., | : | Case No. 1:18-cv-546 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. |
| C.O. VOIERS, | : | Bowman |
| Defendant. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORTS AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE (Docs. 4, 7)**

This case is before the Court pursuant to the Order of General Reference to United State Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on August 28, 2018 and September 28, 2018, submitted two Reports and Recommendations. (Docs. 4, 7). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Reports and Recommendations should be and are hereby adopted in their entirety.

Accordingly:

1.    The Reports and Recommendations (Docs. 4, 7) are **ADOPTED**; and

2.    The Amended Complaint (Doc. 6) is **DISMISSED with prejudice**
      pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the
      exception of Plaintiff's harassment and/or excessive-force claim against
      Defendant Voiers for allegedly pulling the mattress out from underneath

Plaintiff on April 25, 2018, his excessive-force claim against Defendant Voiers for allegedly shutting a door on Plaintiff's back on May 26, 2018, and his retaliation claim against Defendant Voiers for allegedly conducting a cell search, taking things from Plaintiff's cell, and threatening Plaintiff on June 2, 2018, denying Plaintiff recreation and conducting another cell search on June 6, 2018, and conducting a third cell search and taking Plaintiff's extra-blanket on July 6, 2018, because Plaintiff attempted to bring legal action against Voiers.

**IT IS SO ORDERED.**

Date: _____11/21/18_____              _____*s/ Timothy S. Black*_____
                                          Timothy S. Black
                                          United States District Judge